# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------x

TANIA GALARZA,                                        Index No. 523538/2021

       Plaintiff

vs.

SMILEDIRECTCLUB, LLC,
HEALTHCARE FINANCE DIRECT,
LLC, PERIODONTAL SPECIALISTS,
INC., and ERIC GUIRGUIS, D.D.S.,

       Defendant.

-----------------------------------------------------x

## DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL

Notice is hereby given that Defendants SmileDirectClub LLC, Healthcare Finance Direct, LLC, Periodontal Specialists, Inc., and Eric Guirguis, D.D.S. (collectively, "Defendants") have filed in the United States District Court for the Eastern District of New York a Notice of Removal of this action in accordance with 28 U.S.C. §§ 1332, 1441, and 1446. A copy of the Notice of Removal and accompanying Exhibits are attached hereto as **Exhibit 1**. Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

Dated:   December 17, 2021        Respectfully submitted,
           New York, New York

                                            **BENESCH, FRIEDLANDER, COPLAN
                                                                       &amp; ARONOFF LLP**

                                            */s/ Edward C. Wipper*
                                            Edward C. Wipper
                                            17 State Street, Suite 4000
                                            New York, New York 10004
                                            T: (646) 593-7051
                                            F: (646) 798-8902
                                            E: EWipper@beneschlaw.com
                                            *Attorneys for Defendants*