

Deana S. Stein
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct Dial: 216.363.6170
Fax: 216.363.4588
dstein@beneschlaw.com

May 11, 2022

**VIA ECF**

Hon. William F. Kuntz, II
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Tania Galarza v. SmileDirectClub, LLC, HealthCare Finance Direct, LLC, Periodontal Specialists, Inc., and Eric Guirguis, D.D.S.*
           Civil Action No. 1:21-cv-06958 (WFK)(JRC)

Dear Judge Kuntz:

    We represent Defendants SmileDirectClub, LLC ("SDC"), HealthCare Finance Direct, LLC ("HFD"), Periodontal Specialists, Inc. ("PSI"), and Eric Guirguis, D.D.S. ("Dr. Guirguis") (collectively "Defendants") in the above-referenced lawsuit.

    In accordance with Your Honor's Individual Motion Practices and Rules, and the Order dated April 11, 2022 (Dkt. 12), on May 11, 2022, I caused Defendants' Notice of Motion to Compel Arbitration and Dismiss the Complaint, Memorandum of Law in Support, Declarations of Justin Skinner and Augustin Razo, and Exhibits 1-2 to be served on the following via U.S. mail and email:

    James Lufty, Esq.
    1405 Clove Rod
    Staten Island, NY 10301
    lutfy@verizon.net
    *Counsel for Plaintiff*

In accordance with same, attached is a copy of the cover letter served on Plaintiff's Counsel, and Defendants' will electronically file their motion and reply papers when the motion is fully briefed (on or by June 29, 2022 at 5:00pm).

                  Sincerely,

                  BENESCH, FRIEDLANDER,
                    COPLAN & ARONOFF LLP

                  */s/ Deana S. Stein*

                  Deana S. Stein

cc: James Lutfy, Esq. (via ECF)



Deana S. Stein  
200 Public Square, Suite 2300  
Cleveland, Ohio 44114-2378  
Direct Dial: 216.363.6170  
Fax: 216.363.4588  
dstein@beneschlaw.com

May 11, 2022

**Via U.S. Mail and E-mail**
James Lufty, Esq.
1405 Clove Rod
Staten Island, NY 10301
lutfy@verizon.net

    Re:    Tania Galarza v. SmileDirectClub, LLC, HealthCare Finance Direct, LLC,
            Periodontal Specialists, Inc., and Eric Guirguis, D.D.S.
            Civil Action No. 1:21-cv-06958 (WFK)(JRC)

Dear Counsel:

As you know, we represent Defendants SmileDirectClub, LLC ("SDC"), HealthCare Finance Direct, LLC ("HFD"), Periodontal Specialists, Inc. ("PSI"), and Eric Guirguis, D.D.S. ("Dr. Guirguis") (collectively "Defendants") in the above-referenced lawsuit.

In accordance with Judge Kuntz's Individual Motion Practices and Rules and the Order dated April 11, 2022 (Dkt. 12), enclosed is the following:

- Notice of Defendants' Motion to Compel Arbitration and Dismiss the Complaint
- Defendants' Memorandum of Law in Support
- Declaration of Justin Skinner, with Exhibits 1-2
- Declaration of Augustin Razo

This constitutes service of this motion, and in accordance with Dkt. 12, Defendants' will electronically file their motion and reply papers when the motion is fully briefed (on or by June 29, 2022 at 5:00pm).

                                                    Sincerely,

                                                    BENESCH, FRIEDLANDER,
                                                      COPLAN & ARONOFF LLP

                                                      Deana S. Stein

Enclosures