

Edward C. Wipper
17 State Street, Suite 4000
New York, NY 10004
Direct Dial: 646.593.7051
Fax: 646.798.8902
ewipper@beneschlaw.com

August 1, 2022

**VIA ECF**

Hon. William F. Kuntz, II
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Tania Galarza v. SmileDirectClub, LLC, HealthCare Finance Direct, LLC, Periodontal Specialists, Inc., and Eric Guirguis, D.D.S.*
             Civil Action No. 1:21-cv-06958 (WFK)(JRC)

Dear Judge Kuntz:

    This law firm represents Defendants in the above-referenced lawsuit. We write, **on consent**, to request a brief three-day extension of time for Defendants to file and serve their reply brief in support of their Motion to Compel Arbitration (the "Motion") from its current deadline of August 2, 2022 to **August 5, 2022**. I was ill late this past week and weekend and, as such, require this short three-day extension. Plaintiff's counsel has consented to this request. Defendants requested one previous request for an 11-day extension of this deadline for this brief, which was granted on consent.

    We thank the Court for its time and attention to this matter.

                          Sincerely,

                           BENESCH, FRIEDLANDER,
                             COPLAN & ARONOFF LLP

                           */s/ Edward C. Wipper*

                           Edward C. Wipper

cc: James Lutfy, Esq. (via ECF)